UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLIE YOUNG,                                    No. C-14-01428 DMR

        Plaintiff(s),                              **ORDER TO SHOW CAUSE**

   v.

VALLEGRA,

        Defendant(s).
_____/

      On August 15, 2014, Defendants City of Richmond and Officers Vallegra and Tong filed an ex parte discovery letter brief. [Docket No. 16.] In the letter, Defendants contend that Plaintiff Charlie Young failed to serve initial disclosures, appear at his noticed deposition, and respond to written discovery requests. In addition, Defendants assert that Plaintiff's counsel has refused to meet and confer regarding discovery and refused to participate in the preparation of a joint discovery letter brief. Defendants request an order compelling Plaintiff to respond to discovery and appear for deposition, as well as evidentiary and monetary sanctions. Plaintiff has not filed a response to Defendants' letter.

      Therefore, **by no later than August 25, 2014**, Plaintiff shall show cause why Defendants' motion to compel and motion for sanctions should not be granted. Plaintiff's submission shall not exceed three pages.

IT IS SO ORDERED.

Dated: August 20, 2014



_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2