UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLIE YOUNG,                    No. C-14-01428 DMR

       Plaintiff(s),                **ORDER TO SHOW CAUSE**

   v.

VALLEGRA,

       Defendant(s).
_____/

     Pursuant to Civil L.R. 16-2, a case management conference was scheduled for February 25, 2015 at 1:30 p.m. before this court in the above-entitled case. The parties filed a stipulation to continue the case management conference approximately two hours before the scheduled case management conference but did not set forth good cause for the continuance. [Docket No. 27.] Accordingly, the court denied the parties' request for a continuance. [Docket No. 28.] Plaintiff did not appear for the case management conference.

     Therefore, IT IS HEREBY ORDERED that by March 6, 2015, Plaintiff's counsel shall submit a statement explaining why he should not be sanctioned for failing to appear at the case management conference. Failure to submit a statement by March 6, 2015 may result in sanctions.

     IT IS SO ORDERED.

Dated: February 25, 2015



_____
DONNA M. RYU
United States Magistrate Judge