United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLIE YOUNG,

    Plaintiff,

v.

VALLEGRA, et al.,

    Defendants.

Case No. 14-cv-01428-DMR

**ORDER DISCHARGING OSC**

The court has received Plaintiff's counsel's response to the court's February 25, 2015 Order to Show Cause. [Docket No. 32.] The Order to Show Cause is discharged. The court notes that this is not the first time counsel has failed to comply with applicable Local Rules and/or the court's Standing Order, (*see* Docket No. 19), and admonishes counsel to comply with all applicable rules. The court also notes that future violations may result in sanctions.

**IT IS SO ORDERED.**

Dated: March 12, 2015



_____
Donna M. Ryu
United States Magistrate Judge