IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE YOUNG, | Case No. 4:14-cv-01428 DMR |
| Plaintiff, | |
| vs. | |
| Officer VALLEGRA (#1484), an individual, Officer TONG (#1345), an individual, CITY OF RICHMOND, a municipal corporation, and Does 1-20, | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICADUM TO TRANSPORT PLAINTIFF CHARLES ("CHARLIE") YOUNG, CDCR No. AW-1126. |
| Defendants. | |

Plaintiff Charles D. Young (CDCR No. AW-1126) is a necessary witness and participant at the settlement conference to be held in the above entitled case, to take place beginning on April 20, 2015 at 10:00 a.m., at the United States District Court, Northern District of California, San Francisco Courthouse, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Mr. Young is housed at the San Quentin State Prison, and is in the custody of the facility's warden. The Court issues this Writ of Habeas Corpus Ad Testificadum so that Mr. Young can attend the settlement conference. This writ commands that Mr. Young's warden produce Mr.

Young at the settlement conference, over which Magistrate Judge Laurel Beeler will preside.

ACCORDINGLY, THE COURT ORDERS that:

1.      This Writ of Habeas Corpus Ad Testificadum issue, with the Court's seal, and commands the San Quentin State Prison's warden and the California Department of Corrections and Rehabilitation to produce Mr. Young for the settlement conference beginning on April 20, 2015 at 10:00 a.m., at the United States District Court, Northern District of California, San Francisco Courthouse, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  Mr. Young must attend the conference until the Court orders it completed.  The warden and the California Department of Corrections and Rehabilitation may then return Mr. Young to San Quentin State Prison.

2.      The custodian must notify the Court if Mr. Young's custody changes, and provide Mr. Young's new custodian with a copy of this writ in that event.


WRIT OF HABEAS CORPUS AD TESTIFICADUM

To: The warden of the San Quentin State Prison,

YOU ARE COMMANDED to produce inmate CHARLES YOUNG, CDCR No. AW-1126, on April 20, 2015, beginning at 10:00 a.m., before the United States District Court, Northern District of California, San Francisco Courthouse, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Charlie Young v. City of Richmond, et al. (Case No. 4:14-cv-01428 DMR), and at the termination of said hearing return him forthwith to San Quentin State Prison, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his participation

1   and/or testimony is required in this Court.

2        FURTHER, you must notify the Court if Mr. Young's custody changes, and

3   provide Mr. Young's new custodian with a copy of this writ in that event.

4        IT IS SO ORDERED.

5

6

7   Dated: _____April 10, 2015_____     _____

8                                            Magistrate Judge Laurel Beeler
                                             United States District Court
9                                            Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28