UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE YOUNG,<br><br>        Plaintiff,<br><br>    v.<br><br>VALLEGRA, et al.,<br><br>        Defendants. | Case No. 14-cv-01428-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On May 13, 2015, the court ordered the parties to file a joint status report regarding their settlement by no later than June 17, 2015. On June 17, 2015, Defendants filed a status report in which they reported that Plaintiff's counsel has not responded to recent communications, including efforts to prepare a joint status report. [Docket No. 49.] Accordingly, by no later than **June 25, 2015**, Plaintiff's counsel shall show cause in writing why he should not be sanctioned for failing to participate in the preparation of a joint status report regarding settlement. Failure to respond by June 25, 2015 may result in sanctions.

**IT IS SO ORDERED.**

Dated: June 18, 2015



Donna M. Ryu
United States Magistrate Judge