UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE YOUNG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALLEGRA, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-01428-DMR<br><br>**ORDER SETTING HEARING RE STATUS OF SETTLEMENT AND SHOW CAUSE HEARING** |

On May 13, 2015, the parties filed a joint notice of settlement. [Docket No. 47.] The court subsequently vacated all pretrial and trial dates and ordered the parties to file a joint status report by June 17, 2015. [Docket No. 48.] On June 17, 2015, Defendants filed a status report in which they represented that they had been unable to obtain Plaintiff's cooperation in filing the statement and that Plaintiff's counsel had not responded to communications about the draft settlement agreement. [Docket No. 49.] On June 18, 2015, the court issued an order to show cause by June 25, 2015 why Plaintiff's counsel should not be sanctioned for failing to participate in the preparation of a joint status report regarding settlement. [Docket No. 50.] Plaintiff's counsel did not respond by the deadline. Therefore, the court orders the parties to appear on **July 16, 2015 at 11:00 a.m.** to discuss the status of settlement. Plaintiff's counsel shall also show cause why he should not be sanctioned for failing to participate in the preparation of the joint status report and failing to respond to the court's June 18, 2015 order to show cause.

**IT IS SO ORDERED.**

Dated: July 1, 2015

_____
Donna M. Ryu
United States Magistrate Judge