United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLIE YOUNG,

        Plaintiff,

    v.

VALLEGRA, et al.,

        Defendants.

Case No.  14-cv-01428-DMR

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING HEARING**

The court has received Plaintiff's counsel's response to the court's June 18, 2015 Order to Show Cause.  [Docket No. 52.]  The Order to Show Cause is discharged and the July 16, 2015 hearing is VACATED.

**IT IS SO ORDERED.**

Dated: July 16, 2015



_____
Donna M. Ryu
United States Magistrate Judge