Che L. Hashim, Esq. (SBN 238565)
861 Bryant Street
San Francisco, CA 94103
Tel: 415/487-1700
Fax: 415/431-1312
Email: che.hashim.esq@gmail.com

Attorney for Plaintiff
CHARLIE YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| CHARLIE YOUNG,<br><br>    Plaintiff,<br><br>    vs.<br><br>Officer Vallegra (#1484), and individual,<br>Officer TONG (#1345), and individual, CITY<br>OF RICHMOND, Does 1-20,<br><br>    Defendants. | Case No. 4:14-cv-01428 DMR<br><br><br><br>**REQUEST FOR ORDER OF DISMISSAL<br>AND [PROPOSED] ORDER.**<br>**(FRCP 41(a)(2))** |

**REQUEST FOR DISMISSAL**

Pursuant to Federal Rule of Civil Procedure ("FRCP") 41(a)(2), Plaintiff Charlie Young hereby files this Request for Order of Dismissal of his entire case, with prejudice.

Date:    July 15, 2015                             /s/ Che L. Hashim
                                                                CHE L. HASHIM

**ORDER**

Pursuant to the request, the Court ORDERS as follows:

The claims of Charlie Young are hereby dismissed with prejudice.

Date:   July 16, 2015            _____
                                                  The Honorable Donna M. Ryu

*IT IS SO ORDERED*
*Judge Donna M. Ryu*